[No. 9864–1–I.  Division One.  April 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD MARK GOESSMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–05512–9, Gary M. Little, J., entered January 14, 1981. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by James and Callow, JJ.

[No. 9078–0–I.  Division One.  April 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN GUS ELKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00579–7, H. Joseph Coleman, J., entered July 9, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Corbett, JJ.

[No. 8508–5–I.  Division One.  April 15, 1982.]

RONALD L. BUSSEY, ET AL, *Appellants,* v. W.N.I., INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 269078, James P. Healy, J., entered November 29, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and Callow, J.

[No. 9008–9–I.  Division One.  April 15, 1982.]

GLANTZ SUPPLY, INC., *Respondent,* v. WILLIAM P. BRUST, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–02029–1, Robert C. Bibb, J., entered June 26, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and Ringold, J.